UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HOULTON BAND OF MALISEET INDIANS, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CV-05-180-B-W |
| PATRICIA E. RYAN, EXECUTIVE DIRECTOR MAINE HUMAN RIGHTS COMMISSION, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 3, 2006 her Recommended Decision on the Motion to Dismiss filed by the Commission defendants (Docket # 21). On February 14, 2006, the United States Magistrate Judge filed with the Court her Recommended Decision on the Motion to Dismiss filed by Connie Zetts (Docket # 24). The Plaintiff filed its objections to the Recommended Decision on the Commission's Motion to Dismiss on February 17, 2006 (Docket # 26) and the Commission defendants filed their response to those objections on March 3, 2006 (Docket # 27). The Plaintiff also filed an objection to the Recommended Decision on Ms. Zetts' Motion to Dismiss, which was not responded to by Defendants (Docket # 28).

I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; I have made a de novo determination of all matters adjudicated

by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decisions, and determine that no further proceeding is necessary.[1]

1. It is therefore <u>ORDERED</u> that the Recommended Decisions of the Magistrate Judge (Docket #s 21, 24) are hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Defendant Commission's Motion to Dismiss (Docket # 9) and Defendant Zetts' Motion to Dismiss (Docket # 15) are hereby <u>GRANTED</u>.

3. Plaintiff's request for oral argument is <u>DENIED</u>.

SO ORDERED.

      /s/ John A. Woodcock, Jr.
      JOHN A. WOODCOCK, JR.
      UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2006

---

[1] In its Objections to the Recommended Decisions, Plaintiff requests oral argument (Docket #s 26, 28). Local Rule 7(f) of the Local Rules for the United States District Court of the District of Maine grants this Court discretion as to whether to allow oral argument. Here, this Court concludes the issues presented by the written submissions are sufficiently clear without oral argument.